Priority —
Send —
Enter ✓
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 28 2000
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
DEC 28 2000
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| GERALD HANSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SHARAD K. & JYOTSNA S. MEHTA TRUST, et al.,<br><br>    Defendants. | NO. ED CV 00-780-RT (AIJ)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, (2) DISMISSING THE COMPLAINT WITHOUT PREJUDICE, AND (3) DIRECTING JUDGMENT BE ENTERED DISMISSING THIS ACTION |

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court has read and considered the Complaint, all of the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"). Plaintiff did not file objections to the Report.

IT IS ORDERED that (1) the Court accepts and adopts the Report; (2) the Complaint be dismissed without leave to amend; and (3) Judgment be entered dismissing this action with prejudice.

DATED: December 26, 2000.

_Robert J. Timlin_
ROBERT J. TIMLIN
United States District Judge